SMITH *et al. v.* SMITH.

ATKINSON, J.—Under the particular facts of this case, as disclosed by the record, there was no abuse of discretion in appointing a receiver.                    *Judgment affirmed.*

April 29, 1895. Brought forward from the last term.

Petition for receiver, etc.  Before Judge BUTT.  Muscogee county.  December 7, 1894.

BLANDFORD & GRIMES, for plaintiffs in error.
BRANNON, HATCHER & MARTIN, *contra.*